IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL LEE CINCOSKI                                                                                      PETITIONER

V.                                    CASE NO. 5:22-CV-05042

CIRCUIT JUDGE MARK LINDSAY[1]
                                                                                                         RESPONDENT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on March 29, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the Petition for Writ of Habeas Corpus by a Person in State Custody. No objections were filed by the deadline.

Accordingly, the Court finds the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 18th day of April, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] Circuit Judge Mark Lindsay is not the appropriate respondent because he is not the state officer who has custody of Cincoski. The correct respondent is the Director of the Department of Human Services into whose custody Cincoski was committed. However, substitution of the correct defendant is unnecessary for the reasons discussed in the Report and Recommendation.